UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED DEALERS OF CT,<br>Plaintiff,<br>vs.<br>GREEN VALLEY OIL, LLC, et al.,<br>Defendants. | 3:12-cv-00474-AWT<br><br>April 27, 2012 |

**MOTION FOR EXTENSION OF TIME**

Defendant Green Valley Oil, LLC, respectfully moves for an extension of time for an additional thirty days, from May 1, 2012, up to and including May 31, 2012, to answer or otherwise respond to the amended complaint. The Defendant requires this additional time to review carefully the plaintiff's claims and prepare a response.

Plaintiff's counsel has no objection to this motion. This is the Defendant's first request for an extension of time.

Respectfully submitted,

By: s/ Charles T. Lee

Charles T. Lee (CT00297)
Amanda Winalski (CT27727)
ANDERSON KILL & OLICK, P.C.
1055 Washington Boulevard, Suite 510
Stamford, CT 06901
Telephone: 203-388-7950
Facsimile: 203-388-0750

*Attorneys for:* Green Valley Oil, LLC

SO ORDERED: April ___, 2012

______________________________

**CERTIFICATION**

This is to certify that on April 27, 2012, a copy of the foregoing Motion was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Paul D. Sanson, Esq.
Vaughan Finn, Esq.
Shipman and Goodwin
One Constitution Plaza
Harford, CT 06103

John J. Morgan, Esq.
Barr & Morgan
22 Fifth St.
Stamford, CT 06905

s/ Amanda Winalski
Amanda Winalski