UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED DEALERS OF CT, | : | |
| | : | |
| Plaintiff, | : | Civil No.: 3:12-cv-00474-AWT |
| | : | |
| v. | : | |
| | : | |
| GREEN VALLEY OIL, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## SECOND MOTION FOR EXTENSION OF TIME

Defendant, Lukoil North America LLC, respectfully moves for a second extension of time for an additional thirty days, from May 31, 2012, up to and including June 30, 2012, to answer or otherwise respond to the amended complaint. This additional time is needed to investigate and analyze plaintiff's claims and prepare a response.

Plaintiff's counsel has no objection to this motion. This is the Defendant's second request for an extension of time.

By: /s/ Paul D. Sanson
Paul D. Sanson (ct05477)
Vaughan Finn (ct13963)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone :  (860) 251-5000
Facsimile:  (860) 251-5219

*Attorneys for*:  Lukoil North America LLP

## ORDER

The foregoing Motion, having been heard, it is hereby ordered GRANTED/DENIED.

BY THE COURT

_____
Judge/Clerk

## CERTIFICATION

       This is to certify that on May 31, 2012, a copy of the foregoing Motion was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

John J. Morgan, Esq.
Barr & Morgan
22 Fifth Street
Stamford, CT  06905

Charles T. Lee, Esq.
Amanda Winalski, Esq.
Anderson Kill & Olick, P.C.
1055 Washington Blvd., Suite 510
Stamford, CT  06901

                                                /s/ Paul D. Sanson
                                                Paul D. Sanson