UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED DEALERS OF CT,<br><br>                Plaintiff,<br><br>vs.<br><br>GREEN VALLEY OIL, LLC, et al.,<br><br>                Defendants. | 3:12-cv-00474-AWT<br><br>May 31, 2012 |

## CORPORATE DISCLOSURE STATEMENT

Defendant Green Valley Oil, LLC states that it has no parent corporation.

                                DEFENDANT,
                                GREEN VALLEY OIL, LLC

                  By:      s/ Charles T. Lee
                             Charles T. Lee (CT00297)
                             Amanda Winalski (CT27727)
                             ANDERSON KILL & OLICK, P.C.
                             1055 Washington Boulevard, Suite 510
                             Stamford, CT  06901
                             Telephone:  203-388-7950
                             Facsimile:  203-388-0750

989123.1

## CERTIFICATION

This is to certify that on May 31, 2012, a copy of the foregoing Corporate Disclosure Statement was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Paul D. Sanson, Esq.
Vaughan Finn, Esq.
Shipman and Goodwin
One Constitution Plaza
Harford, CT 06103

John J. Morgan, Esq.
Barr & Morgan
22 Fifth St.
Stamford, CT 06905

                                              s/ Charles T. Lee
                                              Charles T. Lee

989123.1