UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED DEALERS OF CT, : | |
| : | |
| Plaintiff, : | Civil No.: 3:12-cv-00474-AWT |
| : | |
| v. : | |
| : | |
| GREEN VALLEY OIL, LLC, et al., : | |
| : | |
| Defendants. : | |

## THIRD MOTION FOR EXTENSION OF TIME

Defendant Lukoil North America LLC respectfully moves for a third extension of time of an additional thirty days, from June 30, 2012, up to and including July 30, 2012, to answer or otherwise respond to the amended complaint. This additional time is needed to investigate and analyze plaintiff's claims, which include eight causes of action, and prepare a response.

Plaintiff's counsel has no objection to this motion. This is defendant's third request for an extension of time. If granted, the extension will not affect any other deadlines in this matter.

By: /s/ Vaughan Finn
Paul D. Sanson (ct05477)
Vaughan Finn (ct13963)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone : (860) 251-5000
Facsimile: (860) 251-5219

*Attorneys for*: Lukoil North America LLP

## CERTIFICATE OF SERVICE

This is to certify that on June 28, 2012, a copy of the foregoing Motion was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

John J. Morgan, Esq.
Barr & Morgan
22 Fifth Street
Stamford, CT  06905

Charles T. Lee, Esq.
Amanda Winalski, Esq.
Anderson Kill & Olick, P.C.
1055 Washington Blvd., Suite 510
Stamford, CT  06901

/s/ Vaughan Finn
Vaughan Finn

2379062v1