UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED DEALERS OF CT, | : | |
| | : | |
| Plaintiff, | : | Civil No.: 3:12-cv-00474-AWT |
| | : | |
| v. | : | |
| | : | |
| GREEN VALLEY OIL, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

### FOURTH MOTION FOR EXTENSION OF TIME

Defendant, Lukoil North America LLC, respectfully moves for a fourth extension of time for forty-five days, from July 30, 2012, up to and including September 13, 2012, to answer or otherwise respond to the amended complaint. Plaintiff and Lukoil are discussing a possible resolution of the claims against Lukoil and this additional time is needed to complete those discussions.

Plaintiff's counsel consents to this motion. This is the Defendant's fourth request for an extension of time.

By: /s/ Paul D. Sanson
Paul D. Sanson (ct05477)
Vaughan Finn (ct13963)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone :  (860) 251-5000
Facsimile:  (860) 251-5219

*Attorneys for*:  Lukoil North America LLP

## ORDER

The foregoing Motion, having been heard, it is hereby ordered GRANTED/DENIED.

BY THE COURT

_____
Judge/Clerk

## CERTIFICATION

       This is to certify that on July 27th, a copy of the foregoing Motion was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

John J. Morgan, Esq.  
Barr & Morgan  
22 Fifth Street  
Stamford, CT  06905  

Charles T. Lee, Esq.  
Amanda Winalski, Esq.  
Anderson Kill & Olick, P.C.  
1055 Washington Blvd., Suite 510  
Stamford, CT  06901  

                                     /s/ Paul D. Sanson  
                                     Paul D. Sanson

2409814v1