**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED DEALERS OF CT, a trade
name adopted by the plaintiffs

Civil Action No.

_____

v.

GREEN VALLEY OIL, LLC
LUKOIL AMERICA CORP. and
CAMBRIDGE PETROLEUM HOLDINGS, INC

September __, 2012

### EMERGENCY TEMPORARY INJUNCTION MAINTAINING STATUS QUO

The Plaintiff's Application for Emergency Temporary Injunction to maintain the

status quo having come before the Court and:

It appearing to the Court that an injunction ought to issue, and the Plaintiffs

having giving bond to the opposing parties with a surety satisfactory to the other side in

the sum of $_____, To answer all damages in case the Plaintiff shall

fail to prosecute the action to effect.

_____That for good cause shown the Court is of the opinion that a temporary injunction

ought to issue without a bond.

12

These presents are therefore, by the authority of the UNITED STATES OF AMERICA, do command and enjoin you, GREEN VALLEY OIL, LLC, to wholly and absolutely desist and refrain from:

A) taking any action or participating in any scheme or contract to sell, transfer or assign any interest it may have or retain in any real or personal property to any person or entity without further order of a court of competent jurisdiction; and,

B) taking any action which would alter the status quo, whether prospectively, retroactively or otherwise without further order of a court of competent jurisdiction; and,

C)_____

_____

_____

_____

D)_____

_____

_____

_____ until further order of the Court.

Notwithstanding anything herein to the contrary, this order shall not impair the rights of any nonparty entity that is a debtor in a pending bankruptcy case.

13

Dated at _____, Connecticut on this _____ day of _____,
2012.

THE COURT

By_____

Judge/Clerk

14