UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED DEALERS OF CT, a trade
name adopted by the plaintiffs

Civil Action No.

3:12-cv-00474-AWT

v.

GREEN VALLEY OIL, LLC

September 21, 2012

### AFFIDAVIT

I, **John J. Morgan,** hereby depose and say:

1) I am over the age of 18 and believe in the obligation of an oath.

2) I represent the plaintiffs in this matter and I also have an appearance in the Bankruptcy matter.

3) In connection with the Motion referenced in the foregoing application, I participated in a number of telephone conference calls in an effort to resolve the perceived problems with the motion with a view that it be presented on consent.

4) The plaintiff dealers suggested that the motion be amended to delete reference to the plaintiff's stations. That suggestion was rejected.

5) The plaintiffs also sent the e-mail attached as Exhibit D. The suggestions made therein were rejected by e-mail Exhibit E.

15

6) I now understand that absent a Court order, Getty contemplates a consummation of the motion and the Bill of Sale.

_____
John J. Morgan

Subscribed and Sworn before me this 21st day of September 2012.

_____
Commissioner of Superior Court

16