# EXHIBIT A

Presentment Date and Time: September 4, 2012 at 12:00 p.m.
Objection Deadline: September 4, 2012 at 11:30 a.m.

WILMER CUTLER PICKERING HALE AND DORR LLP
Andrew N. Goldman
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
Email: andrew.goldman@wilmerhale.com

-and-

Dennis L. Jenkins (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Email: dennis.jenkins@wilmerhale.com

*Counsel for the Official Committee
of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 11 |
| GETTY PETROLEUM MARKETING INC., *et al.*, | : Case No. 11-15606 (SCC) |
| Debtors. | : Jointly Administered |

## NOTICE OF PRESENTMENT OF STIPULATION AND ORDER IN CONNECTION WITH BILL OF SALE FROM GREEN VALLEY OIL TO AOC TRANSPORT

PLEASE TAKE NOTICE that upon the *Stipulation and Order in Connection with Bill of Sale from Green Valley Oil to AOC Transport* (the "Stipulation and Order") attached hereto, filed on August 24, 2012 on behalf of Getty Petroleum Marketing Inc. ("GPMI") and its subsidiaries, as debtors and debtors in possession (collectively, "Getty" or the "Debtors"),[1] the

---

[1] Specifically, the Debtors consist of Gasway Inc., GPMI, Getty Terminals Corp. and PT Petro Corp.

Official Committee of Unsecured Creditors (the "Committee"), Getty Properties Corp. and Gettymart, Inc. (collectively, "Getty Properties"), AOC Transport Inc. ("AOC"), and Green Valley Oil, LLC ("GVO"), the undersigned will present the attached Stipulation and Order to the Honorable Shelly C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, in Courtroom 621 at the Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), for signature on **September 4, 2012, at 12:00 p.m.**

PLEASE TAKE FURTHER NOTICE that unless a written objection to the Order is filed electronically with the Bankruptcy Court in accordance with General Order M-399 (a copy of which can be found at *www.nysb.uscourts.gov*, the official website for the United States Bankruptcy Court for the Southern District of New York), with a hard copy delivered directly to Chambers, and served upon: (i) counsel to the Debtors, Greenberg Traurig, LLC, Attn: Loring I. Fenton, 200 Park Avenue, New York, NY 10166, (ii) the undersigned attorneys for the Official Committee of Unsecured Creditors, (iii) counsel to Getty Properties and AOC, Wachtell, Lipton, Rosen & Katz, Attn: Scott K. Charles, 51 West 52nd Street, New York, New York 10011, (iv) counsel to GVO, Stuart R. Lundy, Lundy, Beldecos & Milby, PC, 450 North Narberth Avenue, Narberth, PA 19072, and (v) the Office of the United States Trustee, Attn: Nazar Khodorovsky, Esq., 33 Whitehall Street, 21st Floor, New York, New York 10004, no later than **September 4, 2012, at 11:30 a.m.**, there will not be a hearing and the proposed Order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed and served in accordance with the previous paragraph, the Court may set a hearing and direct notice to parties.

Dated: August 24, 2012
      New York, New York

**WILMER CUTLER PICKERING
HALE AND DORR LLP**

/s/ Andrew N. Goldman
Andrew N. Goldman
7 World Trade Center
250 Greenwich Street
New York, New York  10007
Tel:  (212) 230-8800
Fax:  (212) 230-8888
Email:  andrew.goldman@wilmerhale.com

-and-

Dennis L. Jenkins (admitted *pro hac vice*)
60 State Street
Boston, MA  02109
Tel:  (617) 526-6491
Fax:  (617) 526-5000
Email:  dennis.jenkins@wilmerhale.com

*Counsel for the Official Committee
of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

GETTY PETROLEUM MARKETING INC., et al.,

Debtors.

---

Chapter 11

Case No. 11-15606 (SCC)

Jointly Administered

## STIPULATION AND ORDER IN CONNECTION WITH BILL OF SALE FROM GREEN VALLEY OIL TO AOC TRANSPORT

WHEREAS, on December 5, 2011 (the "Petition Date"), Getty Petroleum Marketing Inc. ("GPMI") and three of its subsidiaries, as debtors and debtors in possession (collectively, "Getty" or the "Debtors"),[1] filed with this Court a voluntary petition for relief under chapter 11, title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, Green Valley Oil, LLC ("GVO"), as Seller, and AOC Transport Inc. ("AOC"), a wholly-owned subsidiary of Getty Properties Corp. ("GPC"), as Buyer, are entering or have entered into that certain Bill of Sale ("Bill of Sale") dated as of May 1, 2012 with respect to various underground storage tanks and related personalty ("UST Installations"), as more particularly defined in the Bill of Sale and located at the Sites referred to therein;

WHEREAS, the Sites were formerly leased by GPC pursuant to the Master Lease (as referred to in the Bill of Sale) and subleased by GPMI to GVO under the Sublease (as defined in the Bill of Sale), which Sublease and Master Lease have previously been rejected and as to

---

[1] Specifically, the Debtors consist of Gasway Inc., GPMI, Getty Terminals Corp. and PT Petro Corp.

which GPMI and Seller have respectively vacated the Sites, all pursuant to previous Orders of this Court;

WHEREAS, the Bill of Sale is in further confirmation of the previous transfer, inter alia, of the UST Installations at the Sites pursuant to those certain Bills of Sale previously given by GPMI to GPC or its designees dated as of May 1, 2012; and

WHEREAS, GVO, AOC, GPC and GPMI desire to confirm certain understandings in connection with the UST Installations and the Bill of Sale as hereinafter set forth;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED, as follows:

1. In consideration of and conditioned upon the complete execution and delivery of the Bill of Sale, GPC, GPMI, and AOC release GVO from any and all liability in reference to the ownership, operation, maintenance, reporting, testing, and use of the UST Installations after May 1, 2012 ("Post-Transfer UST Claims"). Each of GPC, GPMI and AOC covenants and agrees that it will not initiate any legal or administrative action or proceeding against GVO with respect to any Post-Transfer UST Claims (other than by way of defense or counterclaim in any action or proceeding brought against any of them by GVO).

2. Notwithstanding the execution and delivery of the Bill of Sale, each of GVO on the one hand, and GPMI, AOC and GPC collectively on the other hand, agree that they shall expressly retain and reserve all claims, rights and remedies (if any) which they may have against the other to the extent any of the same may exist as of the date hereof.

3. This Court shall retain jurisdiction and authority to enter final orders with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Stipulation and Order.

2

Date:  August 24, 2012
      New York, New York

| **GREENBERG TRAURIG, LLP** | **GREEN VALLEY OIL, LLC** |
|---|---|
| /s/ Loring Fenton | /s/ Stuart R. Lundy |
| Loring I. Fenton | Stuart R. Lundy |
| John H. Bae | Lundy, Beldecos & Milby, PC |
| Kaitlin R. Walsh | 450 North Narberth Avenue |
| Burke A. Dunphy | Narberth, PA 19072 |
| 200 Park Avenue | Telephone: (610)668-0770 |
| New York, New York 10166 | Email: slundy@lbmlaw.com |
| Telephone: (212) 801-9200 | |
| Facsimile: (212) 801-6400 | |
| Email: fentonl@gtlaw.com | |
|       baej@gtlaw.com | |
|       walshkr@gtlaw.com | |
|       dunphyb@gtlaw.com | |

Counsel for the Debtors and Debtors in Possession

| | |
|---|---|
| **WACHTELL, LIPTON, ROSEN & KATZ** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| /s/ Scott K. Charles | /s/ Andrew N. Goldman |
| Scott K. Charles | Andrew N. Goldman |
| David C. Bryan | 399 Park Avenue |
| Alexander B. Lees | New York, New York 10022 |
| 51 West 52nd Street | Tel: (212) 230-8800 |
| New York, New York 10011 | Fax: (212) 230-8888 |
| Telephone: (212) 403-1000 | Email: andrew.goldman@wilmerhale.com |
| Facsimile: (212) 403-2000 | |
| Email: skcharles@wlrk.com | -and- |
| dcbryan@wlrk.com | |
| ablees@wlrk.com | Dennis L. Jenkins (admitted pro hac vice) |
| | 60 State Street |
| Counsel for Getty Properties Corp. | Boston, MA 02109 |
| Gettymart Inc. and .AOC Transport Inc. | Tel: (617) 526-6491 |
| | Fax: (617) 526-5000 |
| | Email: dennis.jenkins@wilmerhale.com |
| | |
| | Counsel to the Official Committee of Unsecured Creditors |

**SO-ORDERED:**

_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE