# EXHIBIT C

## BILL OF SALE

**THIS BILL OF SALE** ("Bill of Sale") is made as of the 1st day of May, 2012 between GREEN VALLEY OIL, LLC, a Pennsylvania limited liability company ("Seller") and AOC TRANSPORT INC., a Delaware corporation ("Buyer").

### WITNESSETH:

For Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller and Buyer hereby agree as follows:

1. Seller hereby sells, transfers and conveys to Buyer and Buyer hereby accepts, all of Seller's right, title and interest in and to the personal property described on Schedule "A" attached hereto and made a part hereof ("Personalty") located at the real property sites described in Schedule "B" attached hereto and made a part hereof ("Real Property").

2. This Bill of Sale is given at the request of Buyer and Getty Properties Corp., and of Getty Petroleum Marketing Inc. ("GPMI") and the other Debtors, and the Official Committee of Unsecured Creditors, in the Bankruptcy Proceedings (hereinafter referred to) with reference to (a) that certain Site and Facilities Sublease Agreement, as amended, dated April 2, 2009 between GPMI and Seller (hereinafter, "Sublease"), (b) that certain Stipulation and Order entered in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") on April 2, 2012 [Docket No. 348] in the bankruptcy proceedings in Case No. 11-15606 (SCC) in which GPMI and others are the Debtors ("Bankruptcy Proceedings") referenced therein, (c) that certain Order Rejecting Master Lease With Getty Properties entered in the Bankruptcy Court on April 30, 2012 [Docket No. 416], (d) that certain Stipulation and Order entered in the Bankruptcy Court on January 24, 2012 [Docket No. 24] and amended by Amendment to Stipulation and Order entered in the Bankruptcy Court on March 23, 2012 [Docket No. 33], in Adversary Proceeding No. 12-01020 (SCC) in connection with the Bankruptcy Proceedings, with respect to, inter alia, Seller's vacating all of the properties leased under the Sublease, and (e) those certain Bills of Sale previously given by GPMI to Getty Properties Corp., or its designees dated as of May 1, 2012.

3. THE PERSONALTY IS BEING TRANSFERRED "AS IS", "WHERE IS", AND "WITH ALL FAULTS" AS OF THE DATE OF THIS BILL OF SALE, WITHOUT ANY REPRESENTATION OR WARRANTY WHATSOEVER AS TO ITS CONDITION, FITNESS FOR ANY PARTICULAR PURPOSE, MERCHANTABILITY OR ANY OTHER WARRANTY, EXPRESS OR IMPLIED. BUYER IS HEREBY ACQUIRING THE PERSONALTY BASED SOLELY UPON BUYER'S OWN INDEPENDENT INVESTIGATIONS AND INSPECTIONS OF THAT PERSONALTY AND NOT IN RELIANCE ON ANY INFORMATION PROVIDED BY SELLER OR SELLER'S AGENTS OR CONTRACTORS. SELLER HAS MADE NO AGREEMENT TO ALTER, REPAIR OR IMPROVE ANY OF THE PERSONALTY. SELLER SPECIFICALLY DISCLAIMS ANY WARRANTY, GUARANTY OR REPRESENTATION, ORAL OR WRITTEN, PAST OR PRESENT, EXPRESS OR IMPLIED, CONCERNING THE PERSONALTY OR SELLER'S TITLE THERETO, EXCEPT AS MAY BE SPECIFICALLY PROVIDED FOR HEREIN.

4. This Bill of Sale may be executed in any number of counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument.

5. "Seller" and "Buyer" shall be used for singular or plural, natural or artificial, whenever the context so requires or admits. This Bill of Sale shall be binding upon and inure to the benefit of Seller and Buyer their respective heirs, legal representatives, successors and assigns.

**IN WITNESS WHEREOF,** the parties hereto have executed this Bill of Sale as of the date first above written.

"SELLER":

GREEN VALLEY OIL, LLC, a Pennsylvania limited liability company

By: _____
    Oleg Aliferov
    President

"BUYER":

AOC TRANSPORT INC., a Delaware corporation

By: _____

Commonwealth of Pennsylvania:

: SS.

County of Bucks        :

    On this, the _____ day of August, 2012, before me, the subscriber, personally appeared Oleg Aliferov, who I am satisfied is the person who executed the foregoing instrument as the President of Green Valley Oil, LLC, the entity named in the foregoing instrument, and who acknowledged that he/she, in such capacity, being authorized to do so, executed the foregoing instrument as such entity's voluntary act and deed for the purposes therein contained by signing on behalf of said entity.

    IN WITNESS WHEREOF, I hereunto set my hand and official seal.

                                                _____
                                               (Notary Public)
                                               Notary name:_____

                                               My Commission Expires:

                                               (Seal)

State of New York:
                    :SS.
County of Nassau    :

On this, the   day of August, 2012, before me, the undersigned, personally appeared            , personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual executed the instrument.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

                                                                 _____
                                                                 (Notary Public)
                                                                 Name:_____

                                                                 My Commission Expires:

                                                                 (Seal)

## SCHEDULE "A"

## PERSONALTY

"Personalty" shall mean and include all "UST Installations" to the extent located at the Real Property, as the term "UST Installations" is defined in the Sublease as follows: the underground storage tanks, lines, dispensers, and related equipment located at the Sites.

# SCHEDULE "B"

## REAL PROPERTY

SCHEDULE "B"
REAL PROPERTY

| Property # | Address | City | County | State | Zip |
|---|---|---|---|---|---|
| 365 | 1324 EAST F.D GREENWI | FAIRFIELD | | CT | 06870 |
| 581 | 1267 FAIRFI | BRIDGEPORT | FAIRFIELD | CT | 06605 |
| 582 | 44 SOUTH S | BRISTOL | HARTFORD | CT | 06010 |
| 585 | 611 MAIN S | \ST HARTFOI | HARTFORD | CT | 06108 |
| 587 | RTS 32 & 87 | FRANKLIN | IEW LONDOI | CT | 06254 |
| 589 | 176 TOLLAN | MANCHESTEI | HARTFORD | CT | 06040 |
| 590 | 934-938 E. N | MERIDEN | NEW HAVEN | CT | 06450 |
| 591 | JCT RTES 82 | MONTVILLE | IEW LONDOI | CT | 06370 |
| 596 | 195 STATE S | ORTH HAVE | NEW HAVEN | CT | 06473 |
| 597 | 479 MAIN A | NORWALK | FAIRFIELD | CT | 06851 |
| 598 | 170 TAFTVIL | NORWICH | IEW LONDOI | CT | 06360 |
| 600 | 309 PUTNAI | WAUREGAN | WINDHAM | CT | 06374 |
| 601 | 398 MAIN S | OUTHINGTO | HARTFORD | CT | 06489 |
| 602 | 561 SULLIVA | UTH WINDS | HARTFORD | CT | 06074 |
| 603 | 3 West Sta | FFORD SPRII | TOLLAND | CT | 06076 |
| 604 | 120 MAIN S | TERRYVILLE | LITCHFIELD | CT | 06786 |
| 606 | 216 MERRO | TOLLAND | TOLLAND | CT | 06084 |
| 607 | 531 NORTH | UNION CITY | NEW HAVEN | CT | 06770 |
| 609 | 993 HAMILT | WATERBURY | NEW HAVEN | CT | 06720 |
| 611 | 40 NORWIC | WATERFORD | IEW LONDOI | CT | 06385 |
| 612 | 540 DERBY | WEST HAVEN | NEW HAVEN | CT | 06516 |
| 624 | 30 W. STATE | GRANBY | HAMPSHIRE | MA | 01033 |
| 625 | 123 MAIN S | AT BARRING | BERKSHIRE | MA | 01230 |
| 626 | 13 RUSSELL | HADLEY | HAMPSHIRE | MA | 01035 |
| 627 | ROUTE 7 | NESBOROU( | BERKSHIRE | MA | 01237 |
| 628 | RTE 32 PALN | MONSON | HAMPDEN | MA | 01057 |
| 629 | 148 EAGLE S | ORTH ADAN | BERKSHIRE | MA | 01247 |
| 630 | 326 STATE R | ORTH ADAN | BERKSHIRE | MA | 01247 |
| 632 | 186 WAHCC | PITTSFIELD | BERKSHIRE | MA | 01201 |
| 633 | 1030 SOUTH | PITTSFIELD | BERKSHIRE | MA | 01201 |
| 635 | 19 BRIDGE S | OUTH HADLE | HAMPSHIRE | MA | 01075 |
| 637 | 2221 MAIN | SPRINGFIELD | HAMPDEN | MA | 01104 |
| 638 | 1100 PAGE I | SPRINGFIELD | HAMPDEN | MA | 01104 |
| 643 | 278 ELM STI | WESTFIELD | HAMPDEN | MA | 01085 |
| 679 | 154 SOUTH | TORRINGTOI | LITCHFIELD | CT | 06790 |
| 680 | 208 FOXON RTH BRANFC | NEW HAVEN | | CT | 06471 |
| 683 | 407 WEST N | MERIDEN | NEW HAVEN | CT | 06451 |
| 687 | 47 WOLCOT | WOLCOTT | NEW HAVEN | CT | 06716 |
| 688 | 301 EAST & | PLAINVILLE | HARTFORD | CT | 06062 |
| 689 | RT 10 & WH | PLAINVILLE | HARTFORD | CT | 06062 |
| 6722 | 1030 BLUE H | BLOOMFIELD | HARTFORD | CT | 06002 |
| 6725 | 850 HOPME | SIMSBURY | HARTFORD | CT | 06070 |
| 6742 | 36 DANBUR | RIDGEFIELD | FAIRFIELD | CT | 06877 |
| 6743 | 2098 FAIRFI | BRIDGEPORT | FAIRFIELD | CT | 06605 |
| 6744 | 331 WEST A | NORWALK | FAIRFIELD | CT | 06853 |
| 6746 | 1789 BARNI | BRIDGEPORT | FAIRFIELD | CT | 06610 |
| 6748 | 16 LONG RII | STAMFORD | FAIRFIELD | CT | 06905 |
| 6751 | 1235 PARK / | BRIDGEPORT | FAIRFIELD | CT | 06604 |
| 6753 | 1464 FAIRFI | BRIDGEPORT | FAIRFIELD | CT | 06605 |
| 6756 | 2750 NORTI | BRIDGEPORT | FAIRFIELD | CT | 06604 |
| 6759 | 241 KIMBER | NEW HAVEN | NEW HAVEN | CT | 06519 |
| 6762 | 179 NOROT | DARIEN | FAIRFIELD | CT | 06820 |

| | | | | |
|---|---|---|---|---|
| 6764 | 271 POST R( WESTPORT FAIRFIELD | CT | 06880 |
| 6765 | 224 MAGEE STAMFORD FAIRFIELD | CT | 06902 |
| 6766 | 3050 WHITN HAMDEN NEW HAVEN | CT | 06514 |
| 6768 | 59 WEST BR STAMFORD FAIRFIELD | CT | 06902 |
| 6771 | 1046 BOSTC GUILFORD NEW HAVEN | CT | 06437 |
| 6777 | 300 BRIDGE MILFORD NEW HAVEN | CT | 06460 |
| 6778 | 265 BOSTON STRATFORD FAIRFIELD | CT | 06497 |
| 6779 | 197 MAIN S CHESHIRE NEW HAVEN | CT | 06410 |
| 6781 | 231 CHERRY MILFORD NEW HAVEN | CT | 06460 |
| 6782 | 721 KINGS F FAIRFIELD FAIRFIELD | CT | 06430 |
| 6813 | COR. RTS #7 BROOKFIELD FAIRFIELD | CT | 06804 |
| 6819 | 206 MAIN A NORWALK FAIRFIELD | CT | 06851 |
| 6822 | 886 HARTFC MANCHESTEI HARTFORD | CT | 06040 |
| 6831 | 158 FITCH S NEW HAVEN NEW HAVEN | CT | 06515 |
| 6834 | 242 S. SALEI RIDGEFIELD FAIRFIELD | CT | 06877 |
| 6836 | 3725 MADIS BRIDGEPORT FAIRFIELD | CT | 06606 |
| 6837 | 210 DANBU WILTON FAIRFIELD | CT | 06897 |
| 6851 | 241 WHITE : DANBURY FAIRFIELD | CT | 06810 |
| 6852 | 578 S MAIN MIDDLETOWI MIDDLESEX | CT | 06457 |
| 6853 | 126 SOUTH ENFIELD HARTFORD | CT | 06082 |
| 6864 | 1022 BURN\ST HARTFOI HARTFORD | CT | 06108 |
| 6865 | 749 MAIN S WATERTOWI LITCHFIELD | CT | 06795 |
| 6870 | 1500 CORBI NEW BRITAII HARTFORD | CT | 06053 |
| 6871 | 441 WEST A AVON HARTFORD | CT | 06001 |
| 6872 | 339 OLD HA COLCHESTER IEW LONDOI | CT | 06415 |
| 28027 | 515 LISBON LEWISTON NDROSCOGG | ME | 04240 |
| 28052 | MAIN AND I BIDDEFORD YORK | ME | 04005 |
| 28206 | 211 LISBON LISBON NDROSCOGG | ME | 04250 |
| 28207 | LISBON & U LISBON FALL NDROSCOGG | ME | 04252 |
| 28208 | 460-464 WA PORTLAND :UMBERLAN| | ME | 04103 |
| 28212 | US ROUTE 1 SACO KNOX | ME | 04072 |
| 28215 | 161 BRIDGT WESTBROOK UMBERLAN| | ME | 04092 |
| 28222 | 207 BROAD UTH PORTLA UMBERLAN| | ME | 04106 |
| 28223 | 510 SABATT LEWISTON NDROSCOGG | ME | 04240 |
| 28227 | 393 WESTEF AUGUSTA KENNEBEC | ME | 04330 |
| 30161 | 65 MAIN STI MILFORD WORCESTER | MA | 01757 |
| 30316 | 41 FRANKLII WESTFIELD HAMPDEN | MA | 01085 |
| 30317 | 1744 CENTR EST ROXBUI SUFFOLK | MA | 02132 |
| 30324 | 1 POWDER I MAYNARD MIDDLESEX | MA | 01754 |
| 30326 | 221 MAIN S GARDNER WORCESTER | MA | 01440 |
| 30327 | 663 WASHII STOUGHTON NORFOLK | MA | 02072 |
| 30331 | 295 MASS. / ARLINGTON MIDDLESEX | MA | 02174 |
| 30332 | 484 BROAD METHUEN ESSEX | MA | 01844 |
| 30339 | 350 PLEASA BELMONT MIDDLESEX | MA | 02178 |
| 30344 | 245 N. MAII RANDOLPH NORFOLK | MA | 02368 |
| 30351 | 258 UNION ROCKLAND PLYMOUTH | MA | 02370 |
| 30352 | 110 GALEN WATERTOWI MIDDLESEX | MA | 02172 |
| 30363 | 469 WASHII WEYMOUTH NORFOLK | MA | 02188 |
| 30374 | 22 BRIDGE S DEDHAM NORFOLK | MA | 02026 |
| 30375 | 4 WHITING : HINGHAM PLYMOUTH | MA | 02043 |
| 30392 | 61 HOMER / ASHLAND MIDDLESEX | MA | 01721 |
| 30393 | 325 WASHII WOBURN MIDDLESEX | MA | 01801 |
| 30404 | 563 TRAPEL BELMONT MIDDLESEX | MA | 02178 |
| 30409 | 792 TRUMA HYDE PARK SUFFOLK | MA | 02136 |
| 30411 | 2081 REVER EVERETT MIDDLESEX | MA | 02149 |

| ID | Address | City | County | State | ZIP |
|---|---|---|---|---|---|
| 30429 | 63 S. WASH | RTH ATTLEBC | BRISTOL | MA | 02761 |
| 30436 | 527 GRAFTC | WORCESTER | WORCESTER | MA | 01604 |
| 30438 | 835 ROCKD | EW BEDFOR | BRISTOL | MA | 02740 |
| 30445 | 150 PLYMOI | FALL RIVER | BRISTOL | MA | 02721 |
| 30457 | 609 PARK A | WORCESTER | WORCESTER | MA | 01603 |
| 30458 | EAST MAIN | WEBSTER | WORCESTER | MA | 01570 |
| 30466 | 185 MECHA | CLINTON | WORCESTER | MA | 01510 |
| 30468 | 10 MAIN ST | OXBOROUGI | NORFOLK | MA | 02035 |
| 30472 | 564 MAIN S | CLINTON | WORCESTER | MA | 01510 |
| 30488 | 112 BARNST | HYANNIS | BARNSTABLE | MA | 02601 |
| 30515 | 331 BENNIN | BOSTON | SUFFOLK | MA | 02128 |
| 30521 | 964 BOYLST | NEWTON | MIDDLESEX | MA | 02461 |
| 30524 | 40 DAVIS ST | FALMOUTH | BARNSTABLE | MA | 02540 |
| 30545 | 30 LOWELL | METHUEN | ESSEX | MA | 01844 |
| 30546 | 399 WEBSTE | ROCKLAND | PLYMOUTH | MA | 02370 |
| 30551 | 371 HUTTLE | FAIRHAVEN | BRISTOL | MA | 02719 |
| 30552 | 1052 SOUTH | BELLINGHAM | NORFOLK | MA | 02019 |
| 30553 | 531 MOUNT | EW BEDFOR | BRISTOL | MA | 02746 |
| 30558 | 421 TAUNTC | SEEKONK | BRISTOL | MA | 02771 |
| 30559 | 571 MAIN S | WALPOLE | NORFOLK | MA | 02081 |
| 30561 | 785 TURNPI | RTH ANDOV | ESSEX | MA | 01845 |
| 30562 | 1 OAK HILL | WESTFORD | MIDDLESEX | MA | 01886 |
| 30600 | 309 CHELMS | LOWELL | MIDDLESEX | MA | 01852 |
| 30602 | 481 WASHIN | AUBURN | WORCESTER | MA | 01501 |
| 30603 | 245 HAVERH | METHUEN | ESSEX | MA | 01844 |
| 30604 | 9 HAVERHIL | AMESBURY | ESSEX | MA | 01913 |
| 30605 | 71 EAST MA | EORGETOW | ESSEX | MA | 01833 |
| 30609 | 491 CABOT | BEVERLY | ESSEX | MA | 01915 |
| 30610 | 581 BOSTON | BILLERICA | MIDDLESEX | MA | 01821 |
| 30612 | 679 MAIN S | CHATHAM | BARNSTABLE | MA | 02633 |
| 30615 | 709 MAIN S | HARWICH | BARNSTABLE | MA | 02645 |
| 30617 | 528 N. MAIN | LEOMINSTEF | WORCESTER | MA | 01453 |
| 30618 | 801 LAKEVIE | LOWELL | MIDDLESEX | MA | 01850 |
| 30619 | 163-164 PEL | METHUEN | ESSEX | MA | 01844 |
| 30623 | 96 CRANBEF | ORLEANS | BARNSTABLE | MA | 02653 |
| 30624 | 1-1/2 SYLVA | PEABODY | ESSEX | MA | 01960 |
| 30625 | 60-70 FRAN | QUINCY | NORFOLK | MA | 02169 |
| 30627 | 94 JACKSON | SALEM | ESSEX | MA | 01970 |
| 30629 | 869 MAIN S | TEWKSBURY | MIDDLESEX | MA | 01876 |
| 30630 | 307 MAIN S | MILL (WARE | PLYMOUTH | MA | 02571 |
| 30631 | 714 W FALN | FALMOUTH | BARNSTABLE | MA | 02540 |
| 30633 | 262 GROTOI | WESTFORD | MIDDLESEX | MA | 01886 |
| 30634 | 317 MONTV | WOBURN | MIDDLESEX | MA | 01801 |
| 30635 | 476 MAIN S | RMOUTHPO | BARNSTABLE | MA | 02675 |
| 30636 | 724 BEDFOF | RIDGEWATE | PLYMOUTH | MA | 02324 |
| 30647 | 151 MAIN S | MEDFORD | MIDDLESEX | MA | 02155 |
| 30648 | 321 ADAMS | DORCHESTEF | SUFFOLK | MA | 02122 |
| 30652 | 860 SOUTHE | AUBURN | WORCESTER | MA | 01501 |
| 30653 | 2 SUMMER | BARRE | WORCESTER | MA | 01005 |
| 30654 | 390 BELMOI | WORCESTER | WORCESTER | MA | 01604 |
| 30657 | 1177 NORTH | CLINTON | WORCESTER | MA | 01510 |
| 30658 | 974 SOUTHE | WORCESTER | WORCESTER | MA | 01610 |
| 30660 | 10 W MAIN | DUDLEY | WORCESTER | MA | 01570 |
| 30661 | 880 WATER | FITCHBURG | WORCESTER | MA | 01420 |
| 30662 | 71 EAST CEN | FRANKLIN | FRANKLIN | MA | 02038 |

| ID | Address | City | County | State | Zip |
|---|---|---|---|---|---|
| 30663 | 77 HIGHLAN | WORCESTER | WORCESTER | MA | 01605 |
| 30664 | 199 FALMOI | HYANNIS | BARNSTABLE | MA | 02601 |
| 30665 | 288 CENTR/ | LEOMINSTEF | WORCESTER | MA | 01453 |
| 30666 | 248 LINCOLI | WORCESTER | WORCESTER | MA | 01605 |
| 30669 | 48 WEST M/ | RTHBOROU | WORCESTER | MA | 01532 |
| 30672 | 21 WEST BC | EST BOYLST( | WORCESTER | MA | 01583 |
| 30673 | 1429 GRAFT | WORCESTER | WORCESTER | MA | 01604 |
| 30674 | 176 WORCE | OUTHBRIDG | WORCESTER | MA | 01550 |
| 30675 | 959 SOUTHI | WORCESTER | WORCESTER | MA | 01610 |
| 30676 | 1308 ROUTE | JTH YARMOI | BARNSTABLE | MA | 02664 |
| 30677 | 205 WORCE | STERLING | WORCESTER | MA | 01564 |
| 30678 | 318 BOSTOI | SUTTON | WORCESTER | MA | 01590 |
| 30679 | 1107 PLEAS, | WORCESTER | WORCESTER | MA | 01602 |
| 30680 | 516 UNION | RAMINGHAI | MIDDLESEX | MA | 01701 |
| 30681 | RT.140,MAII | UPTON | WORCESTER | MA | 01568 |
| 30683 | 11 MILK ST | RESTBOROU( | WORCESTER | MA | 01581 |
| 30684 | 570 MAIN S | ARWICHPOF | BARNSTABLE | MA | 02646 |
| 30685 | 30 CHANDLI | WORCESTER | WORCESTER | MA | 01609 |
| 30686 | 193 SOUTH\ | WORCESTER | WORCESTER | MA | 01604 |
| 30687 | 942 SOUTH | FITCHBURG | WORCESTER | MA | 01420 |
| 30688 | 702 WEST B | WORCESTER | WORCESTER | MA | 01606 |
| 30689 | 200 MAIN S | LEICESTER | WORCESTER | MA | 01611 |
| 30691 | 90 WORCES | )RTH GRAFT( | WORCESTER | MA | 01536 |
| 30692 | 333 EAST M | OUTHBRIDG | WORCESTER | MA | 01550 |
| 30693 | 109 SOUTH | OXFORD | WORCESTER | MA | 01540 |
| 30694 | 54 STAFFOR | WORCESTER | WORCESTER | MA | 01603 |
| 30695 | 223 MAIN S | ATHOL | WORCESTER | MA | 01331 |
| 30696 | 267 MECHA | FITCHBURG | WORCESTER | MA | 01420 |
| 30697 | 1264 GRAFT | WORCESTER | WORCESTER | MA | 01604 |
| 30700 | 1660 WORC | RAMINGHAI | MIDDLESEX | MA | 01702 |
| 30702 | CAPE ROAD | MILFORD | WORCESTER | MA | 01757 |
| 30704 | 2 HARTFORE | UXBRIDGE | WORCESTER | MA | 01538 |
| 30710 | 350 GREEN\ | WORCESTER | WORCESTER | MA | 01607 |
| 30711 | 321 SOUTHE | AUBURN | ASSACHUSET | MA | 01501 |
| 30712 | 156 CRESCE | WALTHAM | ASSACHUSET | MA | 02154 |
| 30713 | 274 HIGH ST | LOWELL | ASSACHUSET | MA | 01852 |
| 30716 | 308 THACHE | ATTLEBORO | ASSACHUSET | MA | 02703 |
| 55211 | DANFORTH | DERRY | DERRY | NH | 03038 |
| 55234 | 70 PLAISTO\ | PLAISTOW | PLAISTOW | NH | 03865 |
| 55236 | 18 HIGH ST | )MERSWORT | W HAMPSHI | NH | 03878 |
| 55237 | 164 MAIN S | SALEM | SALEM | NH | 03079 |
| 55238 | 2 MOHAWK | )NDONDERF | )NDONDERF | NH | 03053 |
| 55239 | 129 SOUTH | ROCHESTER | ROCHESTER | NH | 03867 |
| 55244 | 605 DANIEL | MERRIMACK | MERRIMACK | NH | 03054 |
| 55245 | 485 AMHER | NASHUA | NASHUA | NH | 03063 |
| 55246 | 135 BRIDGE | PELHAM | PELHAM | NH | 03076 |
| 55247 | 219 PEMBR( | PEMBROKE | PEMBROKE | NH | 03275 |
| 55249 | ROUTE 11 & | ROCHESTER | ROCHESTER | NH | 03867 |
| 55250 | 74 HANCOC | ROCHESTER | ROCHESTER | NH | 03867 |
| 55253 | 463 HIGH ST | )MERSWORT | )MERSWORT | NH | 03878 |
| 55254 | 108 PORTSN | EXETER | EXETER | NH | 03833 |
| 55256 | RT 101 | CANDIA | CANDIA | NH | 03034 |
| 55257 | RT 125 | EPPING | EPPING | NH | 03042 |
| 55258 | 1890 DOVEF | EPSOM | EPSOM | NH | 03234 |
| 55261 | 4 AMHERST | MILFORD | MILFORD | NH | 03055 |

| | | | | |
|---|---|---|---|---|
| 55265 | 1815 WOOD | ORTSMOUTI | ORTSMOUTI | NH | 03801 |
| 55267 | 233 S. BROA | SALEM | SALEM | NH | 03079 |
| 55268 | 587 LAFAYE | SEABROOK | SEABROOK | NH | 03874 |
| 55269 | 9 VILLAGE S | PENACOOK | MERRIMACK | NH | 03303 |
| 55274 | 32 BRIDGE S | PELHAM | W HAMPSHI | NH | 03076 |
| 68001 | 7780 POST | RTH KINGSTC | VASHINGTOI | RI | 02852 |
| 68003 | 1015 SANDY | WARWICK | KENT | RI | 02886 |
| 68005 | 1188 CUMB | VOONSOCKE | PROVIDENCE | RI | 02895 |
| 68007 | 1271 BROAI | PROVIDENCE | PROVIDENCE | RI | 02905 |
| 68607 | MASSASOIT | ST PROVIDEN | PROVIDENCE | RI | 02914 |
| 68611 | 577 SMITH | PAWTUCKET | PROVIDENCE | RI | 02860 |
| 68614 | 33 JEFFERSC | WARWICK | KENT | RI | 02888 |
| 68619 | 899 PONTIA | CRANSTON | PROVIDENCE | RI | 02910 |
| 68622 | 1197 NEWP | PAWTUCKET | PROVIDENCE | RI | 02861 |
| 68623 | 227 COUNT | 3ARRINGTON | BRISTOL | RI | 02806 |
| 68629 | 1307 POST F | WARWICK | KENT | RI | 02888 |
| 68642 | 3381 E. MAI | ORTSMOUTI | NEWPORT | RI | 02871 |
| 68643 | 1879 MINER. | PROVIDEN( | PROVIDENCE | RI | 02904 |
| 68645 | 732 WILLET | ST PROVIDEN | PROVIDENCE | RI | 02915 |
| 68646 | RR 11 4087 | WAKEFIELD | VASHINGTOI | RI | 02879 |