# EXHIBIT D

## John Morgan

**From:** Matthew Beatman [MBeatman@zeislaw.com]
**Sent:** Thursday, September 20, 2012 4:33 PM
**To:** Alexander B. Lees (ABLees@wlrk.com)
**Cc:** John J. Morgan (jmorgan@pmpalawyer.com); Aaron A. Romney
**Subject:** Proposed stipulation

Alex,

I write to you in follow up to our discussion in an attempt to resolve our pending objection to your presentment of the proposed stipulation. Of particular concern to us was the recitals and the purported transfer of the tanks to AOC which is inconsistent with prior representations of certain parties, and, that the bills of sale are the quid pro quo for the proposed release. In particular, we also questioned the effective date of May 1 of the GVO bill of sale.

You have indicated that the stipulation and bills of sale are not intended to affect the rights of third parties like the United Dealers and are solely meant to memorialize what you believe occurred as a matter of law; namely, that when the Sublease between GVO and GPMI ended, it allegedly resulted in the transfer of the subject tanks to GPMI. Then, further that when the Master Lease between Getty Properties and GPMI ended, it in turn allegedly resulted in the transfer of the subject tanks to Getty Properties. As you know, that position is hotly contested by multiple parties.

You have offered to resolve our objection by removing the recitals from the stipulation and further (I believe, subject to confirmation) to expressly stipulate that the bills of sale and the stipulation are without prejudice to any rights and claims by any third parties. We believe that the stipulation and bills of sale should be also similarly clarified to mirror your position reflected above to avoid any doubt. Please advise if you would make this change in addition to the revisions you have proposed and forward a revised stipulation for our review.

Thank you.

**Matthew K. Beatman**
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605
Telephone: (203) 368-4234 ext. 233
Facsimile: (203) 367-9678

**CONFIDENTIALITY NOTICE:** This e-mail is covered by the Electronic Communications Privacy Act, and the message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above and may be exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that

any dissemination, distribution or copying of this communication is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by reply e-mail, separate e-mail to email@zeislaw.com, or telephone at 203-368-4234 (toll free 1-800-856-4234), and immediately delete this message and all its attachments.

**IRS Circular 230 Notice**: Any tax advice provided in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed on any taxpayer under the Internal Revenue Service Code or promoting, marketing or recommending to another party any tax-related matters addressed herein.

**Settlement Notice**: This e-mail and the information contained herein is being sent to you for the purpose of discussing settlement, and therefore shall be deemed to fall within the protections afforded by Rule 408 of the Federal Rules of Evidence, and any similar state or federal statute, rule or common law privilege or protection afforded to compromises, offers to compromise, compromise negotiations and the like. Statements made in this e-mail and any information contained herein shall not be admissible or may not be used as evidence or in any other manner for any purpose, including impeachment, in any legal, equitable, or administrative proceeding.