# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| UNITED DEALERS OF CT </br>*Plaintiff* </br></br>v. </br></br>GREEN VALLEY OIL, LLC, et al. </br>*Defendant* | ) </br> ) </br> ) </br> ) Case No. 3:12-CV-00474-AWT </br> ) </br> ) |

### NOTICE OF APPEARANCE

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Green Valley Oil, LLC                                                                                       .

Date:  September 24, 2012                                     /s/ Cort T. Malone
                                                                                          *Attorney's signature*

                                                                         Cort T. Malone (ct29018)
                                                                                *Printed name and bar number*

                                                                         Anderson Kill & Olick, P.C.
                                                                         1055 Washington Boulevard
                                                                         Stamford, CT  06901
                                                                                              *Address*

                                                                         cmalone@andersonkill.com
                                                                                          *E-mail address*

                                                                         (203) 388-7941
                                                                                         *Telephone number*

                                                                         (203) 388-0750
                                                                                           *FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Cort T. Malone
*Attorney's signature*