# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| UNITED DEALERS OF CT<br>*Plaintiff*<br><br>v.<br><br>GREEN VALLEY OIL, LLC, et al.<br>*Defendant* | )<br>)<br>)  Case No. 3:12-CV-00474-AWT<br>)<br>) |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Green Valley Oil, LLC

Date:  September 24, 2012

/s/ Rachel L. Ginsburg
*Attorney's signature*

Rachel L. Ginsburg (ct28563)
*Printed name and bar number*

Anderson Kill & Olick, P.C.
1055 Washington Boulevard
Stamford, CT  06901
*Address*

rginsburg@andersonkill.com
*E-mail address*

(203) 388-7971
*Telephone number*

(203) 388-0750
*FAX number*

*Rev. 5/4/2011*

# CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Rachel L. Ginsburg
*Attorney's signature*