UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED DEALERS OF CT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GREEN VALLEY OIL, LLC, et al.,<br><br>　　　　　Defendants. | 3:12-CV-00474-AWT |

### MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves the Court for permission to withdraw the appearance of Amanda Winalski as counsel for defendant, Green Valley Oil, LLC, in the above-captioned matter. Ms. Winalski is no longer employed by Anderson Kill & Olick, P.C.

Dated: October 2, 2012

　　　　　　　　　　　　　　　　　　　/s/ Cort T. Malone_____
　　　　　　　　　　　　　　　　　　　Cort T. Malone (ct29018)
　　　　　　　　　　　　　　　　　　　ANDERSON KILL & OLICK, P.C.
　　　　　　　　　　　　　　　　　　　1055 Washington Boulevard, Suite 510
　　　　　　　　　　　　　　　　　　　Stamford, CT  06901
　　　　　　　　　　　　　　　　　　　Telephone:  203-388-7950
　　　　　　　　　　　　　　　　　　　Facsimile:  203-388-0750

　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　Green Valley Oil, LLC

996132.1

## **CERTIFICATION**

      This is to certify that on October 2, 2012, a copy of the above Motion for Permission to Withdraw Appearance was filed with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to counsel of record for all parties.

                                             */s/ Cort T. Malone*
                                             Cort T. Malone

996132.1