UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED DEALERS OF CT, a trade name adopted by the plaintiffs herein | Civil Action No. |
| | 3:12-cv-00474-AWT |
| v. | |
| GREEN VALLEY OIL, LLC and CAMBRIDGE PETROLEUM HOLDING, INC Defendants | January 7, 2013 |

## Motion for Entry of Default Judgment

In accordance with rule 55 of the Federal Rules of Civil Procedure the Plaintiff in the above entitled action hereby request that a default judgment be entered against the defendant GREEN VALLEY OIL, LLC. Although the time mandated by law has past the defendant has failed and refused to file a response of pleading to the complaint. In support, the Plaintiff submits the attached affidavit.

Wherefore, the Plaintiff requests that a default judgment be entered against the defendant GREEN VALLEY OIL, LLC.

By: _____

John J. Morgan ct13312
Barr & Morgan
22 Fifth Street
Stamford, CT 06905
Ph. (203) 356-1595
Fx: (203) 357-8397
Jmorgan@pmpalawyer.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED DEALERS OF CT, a trade
name adopted by the plaintiffs herein

v.

GREEN VALLEY OIL, LLC and
CAMBRIDGE PETROLEUM HOLDING, INC
Defendants

Civil Action No.
3:12-cv-00474-AWT

January 7, 2013

## Affidavit in Support of Motion for Default Judgment

The undersigned, John J. Morgan, being over the age of eighteen and understanding the obligation of an oath du hereby swear to the truth of the following:

1. I represent the Plaintiff in the above entitled action.

2. On September 15th, 2012 the Plaintiffs herein filed an Amended Complaint.

3. On November 8th, 2012 and again on November 16, 2012, Attorney Michael Slapo requested an extension of time to plead. Although the undersigned did not have authority to consent, we did not seek relief.

4. On December 20, 2012 I e-mailed a reminder to Attorney Charles Lee.

5. Despite repeated communications, the defendants have failed to plead.

_____
John J. Morgan

Subscribed and sworn to before this \_\_\_7\_\_\_ day of January 2013 at Stamford, Connecticut.

_____
Notary Public
Commissioner of the
Superior Court

CERTIFICATE OF SERVICE

I hereby certify that on ~~September 15, 2012~~ 1/7/13 a copy of the foregoing with attachments was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: _____
John J. Morgan ct13312
Barr & Morgan
22 Fifth Street
Stamford, CT 06905
Ph. (203) 356-1595
Fx: (203) 357-8397
Jmorgan@pmpalawyer.com