UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED DEALERS OF CT, <br><br> Plaintiff, <br><br> vs. <br><br> GREEN VALLEY OIL, LLC, et al., <br><br> Defendants. | 3:12-CV-00474-AWT |

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves the Court for permission to withdraw the appearance of Rachel Ginsburg as counsel for defendant Green Valley Oil, LLC in the above-captioned matter. Ms. Ginsburg is no longer employed by Anderson Kill & Olick, P.C.

Dated: June 21, 2013

/s/ Cort T. Malone
Cort T. Malone (ct29018)
ANDERSON KILL & OLICK, P.C.
1055 Washington Boulevard, Suite 510
Stamford, CT  06901
Telephone:  203-388-7950
Facsimile:  203-388-0750

Counsel for Defendant
Green Valley Oil, LLC

1014870.1

## **CERTIFICATION**

      This is to certify that on June 21, 2013, a copy of the above Motion for Permission to Withdraw Appearance was filed with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to counsel of record for Plaintiff.

                                                  */s/ Cort T. Malone*
                                                  Cort T. Malone