UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED DEALERS OF CT, | 3:12-CV-00474-AWT |
| Plaintiff, | |
| vs. | |
| GREEN VALLEY OIL, LLC, et al., | |
| Defendants. | |

## JOINT STATUS REPORT

On June 27, 2013, the parties conducted a telephonic conference with the Court and agreed to stay all case deadlines pending resolution of eviction proceedings that were awaiting final decisions following trial in the Connecticut Superior Court, Stamford Complex Litigation Division (Brazzel-Massaro, J.). Between May 3, 2013 and July 18, 2013, Judge Brazzel-Massaro issued decisions following trial ruling against twenty four individual entities from among the above-named group of plaintiffs in this action.

Each of these twenty four entities appealed Judge Brazzel-Massaro's decisions. However, eleven of the entities subsequently reached agreements with plaintiffs in the eviction proceedings and have communicated to counsel their request to withdraw their pending appeals.

Despite the agreements or other resolutions referenced above, thirteen entities from among the above-named group of plaintiffs in this action continue to appeal Judge Brazzel-Massaro's decisions. Due to the pending appeals involving the plaintiffs in this action, the parties agree that further activity in this case should remain

1021520.2

stayed until the state court actions are resolved. Of course, should the Court require further information from the parties, counsel will make themselves available at the Court's request.

Date: October 28, 2013

| ANDERSON KILL PC | BARR & MORGAN |
|---|---|
| By /s/ Cort T. Malone | By /s/ John J. Morgan |
| Cort T. Malone, Esq.<br>Anderson Kill & Olick, P.C.<br>1055 Washington Blvd., Suite 510<br>Stamford, CT  06901<br>Ph.: (203) 388-7950<br>Fx.: (203) 388-0750<br>Bar # (CT29018) | John J. Morgan<br>Barr & Morgan<br>22 Fifth Street<br>Stamford, CT  06905<br>Ph.: (203) 356-1595<br>Fx.: (203) 357-8397<br>Bar # (CT13312) |
| Dated: October 28, 2013 | Dated: October 28, 2013 |
| *Attorneys for:* Green Valley Oil, LLC | *Attorneys for:* United Dealers of CT |

## CERTIFICATION

This is to certify that on October 28, 2013, a copy of the above Joint Status Report was filed with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to counsel of record for Plaintiff.

/s/ Cort T. Malone
Cort T. Malone

1021520.2